**Dismissed and Opinion Filed May 17, 2016**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00122-CV

**DELIGENT, LLC, Appellant**
**V.**
**GALAXY SOFTWARE SOLUTIONS, INC., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-06357**

## MEMORANDUM OPINION

Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

Deligent, LLC has filed a letter stating that it is withdrawing its appeal. We will treat the letter as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). As such, we grant the motion and dismiss the appeal.


/Carolyn Wright/
CAROLYN WRIGHT
CHIEF JUSTICE

160122F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

DELIGENT, LLC, Appellant

No. 05-16-00122-CV     V.

GALAXY SOFTWARE SOLUTIONS, INC., Appellee

On Appeal from the 193rd Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-15-06357.
Opinion delivered by Chief Justice Wright, Justices Lang-Miers and Stoddart participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal. Subject to any agreement between the parties, we **ORDER** that appellee Galaxy Software Solutions, Inc. recover its costs of this appeal, if any, from appellant Deligent, LLC.

Judgment entered May 17, 2016.

–2–